

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

HDM/JRS/MAM/PC
F. #2016R00695

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 6, 2023

By ECF and E-Mail

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Manuel Chang
              Criminal Docket No. 18-681 (NGG)

Dear Judge Garaufis:

      The parties have conferred with each other and with the Courtroom Deputy, and we understand the Court and the parties are available on November 15, 2023 for the next status conference and for oral argument on the defendants' pending motions to dismiss. The parties therefore respectfully request that the conference and arguments be scheduled for that date as well as the exclusion of time under the Speedy Trial Act until November 15, 2023. Such an exclusion is appropriate to allow time for the Court to resolve the pending <u>Curcio</u> issue as to defendant Manuel Chang, and both defendants consent to the exclusion.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/
      Hiral D. Mehta
      Jonathan Siegel
      Assistant U.S. Attorneys
      (718) 254-6293/6418